IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 93-cr-00322-LTB

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1.  GLEN EARL COTONUTS,

  Defendant.

---

## MINUTE ORDER
---

BY ORDER OF JUDGE LEWIS T. BABCOCK

  This will confirm that a supervised release violation hearing regarding Defendant Cotonuts is set **Monday, October 24, 2011 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: September 7, 2011

---